AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ESTHERE OCTAVE<br><br>*Plaintiff(s)*<br>v.<br>U.S. BANK NATIONAL ASSOCIATION<br><br>*Defendant(s)* | Civil Action No. **15-CV-60853-Cohn/Seltzer** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. BANK NATIONAL ASSOCIATION
by Serving its President
MR. JAN ESTEP
425 WALNUT STREET
CINCINNATI, OH 45202-3923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Yechezkel Rodal, Esq.
Loan Lawyers, LLC
2150 S. Andrews Ave., 2nd Floor
Fort Lauderdale, Florida 33316
Chezky@floridaloanlawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **April 22, 2015**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts